Appendix A

United States Courts
Southern District of Texas
FILED

JUL 18 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

MR. KERRY BORDERS

§
§
§
§
§
§
§

versus

CIVIL ACTION NO. _____

DEPT OF VETERANS AFFAIRS

EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.  The Plaintiff is: _KERRY BORDERS_

    Address: _14106 MERGANSER_

    _DR HOUSTON TX 77047_

    County of Residence: _____

3.  The defendant is: _MICHEAL E, DEBAKEY_

    Address: _VA MEDICAL CENTER_

    _____

☐  Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.  The plaintiff has attached to this complaint a copy of the charges filed on _3/27/2016_ with the Equal Opportunity Commission.

5.  On the date of _____, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.    Because of the plaintiff's:

(a)    ☑    race

(b)    ☐    color

(c)    ☐    sex

(d)    ☑    religion

(e)    ☑    national orgin,

the defendant has:

(a)    ☐    failed to employ the plaintiff

(b)    ☐    terminated the plaintiff's employment

(c)    ☐    failed to promote the plaintiff

(d)    ☑    other: FAILED TO HIRE BEFORE LESS QUALIFIED EMPLOYERS,

7.    When and how the defendant has discriminated against the plaintiff:

IT WAS APPROX. 4 YEARS AGO (2012) HOWEVER I RECENTLY BECAME AWARE OF IT. MY COMPLAINT WAS FILED IN TIME (45 DAYS)

8.    The plaintiff requests that the defendant be ordered:

(a)    ☑    to stop discriminating against the plaintiff

(b)    ☐    to employ the plaintiff

(c)    ☐    to re-employ the plaintiff

(d)    ☐    to promote the plaintiff

GIVE ME THE SENIORITY, BACK PAY PUNITIVE DAMAGES, COMPENSATORY DAMAGES

(e) ☐ to _____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address: 14106 MERGANSER DR
HOUSTON TX 77047

Telephone: 832-372-6647

1. Approximately March 27, 2016 I became aware that one of my colleagues had more seniority than I did when it came to a change in tour of duty from evenings to days. We both are being transferred to days; however it raised questions in my mind as to when she was hired. She stated to me that she was hired approximately 5 months before me, which means she was hired from the job announcement that I applied for and was not hired for. This announcement included five open positions. This raised further questions about the fairness of the hiring process. Out of the five advertised positions four were foreign nationals of Asian descent, one female, all younger than me with less experience, no veterans ( I am a U.S. Navy veteran), and no previous employment history with the VA (I was currently working at another VA at the time of application). One of the hires was of dark pigmentation and I am of lighter skin pigmentation.

2. The job that I currently occupy I had to email Mrs. Thelma Becnel, Administrator of Medical Care Line to inform her that I had been passed over for an interview on two previous announcements, that I was a veteran with over 30 years experience, a current VA employee another VA, and I wished to be interviewed for the posting. One of her assistants contacted me and told me that I would be allowed an interview.

3. In regards to an excessive punishment (3 day suspension) that I received, this was retaliation for being prompted to interview me, as a potential employee. I have documentation that I have been harassed and bullied in regards to the investigation. Documents were falsified, written report of contacts were not provided by, evidence was hearsay.

2 0F 2

4. In regards to the transfer to the Sleep Lab, again, I believe that my national origin, race, sex, and age were factors in my non-selection.  I was not contacted for an interview by the administrative assistant of the Sleep Lab who conducted the interview did not inform me that I was on the schedule for an interview.  My immediate supervisor called me to inform me I was scheduled for an interview 2 hours before the interview.  I was at home as my tour of duty had not started.   It is beyond a shadow of a doubt that the hire was less qualified than me, female, younger, less seniority and a foreign national.

5. Barbara Marshall (Chief of Respiratory Services @ VAMC Houston, TX) mentioned to me, as well as made announcements in staff meetings that if one passes the ACCS exam she had the potential to promote you one grade up.  Furthermore, if that was not possible she could definitely get you a onetime payment in difference between your grade and the one grade up.  Up to now, it has never happen.  It has been approximately two years since I passed this exam.

6. It has been over a year since my suspension, and I am seeking to have this suspension removed from my records.

COMPLAINT CASE NUMBER: 2003-0580-2016103227

OMB NO.: 2900-0715
EXPIRATION DATE: MAY 31, 2019
RESPONDENT BURDEN: 30 Min.

**VA** Department of Veterans Affairs | **COMPLAINT OF EMPLOYMENT DISCRIMINATION**

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

| 1. NAME (Last, first, middle initial - Please print) | 3. MAILING ADDRESS | 4a. WORK TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| BORDERE, KERRY | 14106 MERGANSER DRIVE HOUSTON TX. 77047 | 713-791-1414 |
| 2. EMAIL ADDRESS KERRY BORDERE @ GMAIL.COM | | 4b. PRIMARY TELEPHONE NUMBER (Include Area Code) |

| 5. ARE YOU: | 6. JOB TITLE, SERIES AND GRADE | 7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED |
|---|---|---|
| ☑ A VA EMPLOYEE | RESPIRATORY THERAPIST GS 8/10 | HOUSTON, TX MICHAEL E. DEBAKEY |
| ☐ AN APPLICANT FOR EMPLOYMENT | 6b. SERVICE/SECTION/PRODUCT LINE | VA MEDICAL CENTER |
| ☐ A FORMER VA EMPLOYEE | MCL | 2002 HOLCOMBE BLVD 77030 |

NOTE: For each employment related matter that you believe was discriminatory you must list the bases *(list one or more of the following)*: Race *(Specify)*, Color *(Specify)*, Religion *(Specify)*, Sex *(Male or Female)*, National Origin *(Specify)*, Age *(Provide date of birth)*, Disability *(Specify)*, Genetic Information *(including family medical history)*, and/or Reprisal for participating in the EEO process or opposing unlawful discrimination.

| 8. BASIS | 9. CLAIM(S) *(When employment related claim(s) - personnel action(s), incident(s), or event(s) caused you to file this complaint? Briefly state the specific claim, personnel action and/or event that caused you to file this complaint. Use an additional sheet of paper if necessary. You should not include information that violates the Privacy Act of 1974 and the Health Insurance Portability and Accountability Act (HIPAA). Some examples are patient medical records, personal records of other VA-employees, etc.)* | 10. DATE OF OCCURRENCE *(Include the most recent date(s))* |
|---|---|---|
| RACE AGE NATIONAL ORIGIN SEX COLOR HARASSMENT | (SEE ATTACHMENT) | 03/29/2016 |

11. REMEDIES SOUGHT *(Use an additional sheet of paper if necessary)*

SENIORITY, BACK PAY, COMPENSATORY DAMAGES PUNITIVE DAMAGES

| 12a. DO YOU HAVE A REPRESENTATIVE? | 12c. PROVIDE THE NAME AND ADDRESS OF YOUR REPRESENTATIVE | 12d. TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| ☑ YES ☐ NO | CLARA ACHILEFU VA MEDICAL CENTER 2002 HOLCOMBE BLVD. HOUSTON, TX | 713-791-1414 |
| 12b. IF "YES," IS HE OR SHE AN ATTORNEY? ☐ YES ☑ NO | | 12e. EMAIL ADDRESS ACHILEFU.CLARAM @ VA.90V |

| 13a. HAVE YOU CONTACTED AN EEO COUNSELOR? | 13b. NAME OF EEO COUNSELOR | 13c. DATE OF INITIAL CONTACT WITH ORM |
|---|---|---|
| ☑ YES ☐ NO | FRANKIE JOSEPH | 04/27/2016 |

14. If you contacted an EEO Counselor more than 45 calendar days after the date(s) of Occurrence listed in item 10, or if this complaint is filed more than 15 calendar days after receipt of a Notice of Right to File a Discrimination Complaint, you must explain why you were untimely in seeking EEO counseling or untimely in filing a complaint. (Use an additional sheet of paper, if necessary.)

| 15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE? | 15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED | 16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE? | 16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED |
|---|---|---|---|
| ☐ YES ☑ NO | N/A | ☐ YES ☑ NO | N/A |

| 17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE? | 17b. IF "YES," PROVIDE THE NAME AND ADDRESS |
|---|---|
| ☐ YES ☑ NO | N/A |

| 18. SIGNATURE OF COMPLAINANT (Do not print) | 19. DATE |
|---|---|
| *(signature)* Kerry A. Bordere | 06/28/2016 |

VA FORM MAY 2016 **4939** | SUPERSEDES VA FORM 4939, MAR 2013 WHICH SHOULD NOT BE USED.

CONFIDENTIAL DOCUMENT - GENERATED IN THE ORM COMPLAINT AUTOMATED TRACKING SYSTEM (CATS) - 9/24/2015

ATTACHMENT TO FORM 4939

CASE #2003-0580-2016103227

1.  I was not hired for *3 of 4 positions* based on my **national origin** , I'm a Native American citizen, the other applicants are not.   I was denied a transfer to another department based on my national origin. The hired applicant was a naturalized citizen.

2.  I was not hired for *4 of 4 positions* due to my **age** (50 at the time) on five occasions for positions of which I applied in Respiratory Care Services - VAMC Houston Texas.  I was denied a transfer to another department based on my age (54) by Sleep Lab VAMC @ Houston, Texas.  The hired applicants were younger than me.

3.  I was not hired for *3 of 4 positions* based on my **Race** (African American).  I was denied a transfer to another department based on my Race (African American) by Sleep Lab VAMC @ Houston, Texas.  The hired applicants were Asian.

4.  I was not hired for *1 of 4 positions* based on my **sex** (male) for positions applied in the Respiratory Services @ VAMC Houston Texas).  The hired applicant was female.

5.  I was not hired for 1 of 4 position based on the **color** of my skin by Respiratory Services @ VAMC Houston Texas.  The hired applicant is of dark pigmentation, as the Chief of Respiratory Services.  I'm of lighter pigmentation.

6.  I have been **harassed** by Chief of Respiratory Services @ VAMC Houston Texas who recommended excessive punishment on a first time offense (3 day suspension).  In addition, I was not promoted to GS-9 after passing the Adult Critical Care Specialist examination after I was told that I would be promoted if I pass the exam by Chief of Respiratory Services.  I have not received the difference in pay between GS-8/10, GS-9/7 for passing the (ACCS) exam, which was mentioned in staff meetings.

TRANG NUGYEN 01/02/12

ERIC DAO 11/04/11 ?

JUSTIN SAMMUEL 11/04/11 ?

ANTONIO MCKONADS 11/04/11 ?

ALL YOUNGER & LESS EXPERIENCE